UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:07-bk-02179-JAF

IN RE:

MARGUERITE DEPEW SCHNEID

Debtor(s)

## ORDER DISMISSING CASE

Pursuant to 11 U.S.C. § 1307, it is

**ORDERED**:

1. This case is dismissed.

2. The automatic stay imposed by 11 U.S.C. §362 and the stay of action against codebtor imposed by 11 U.S.C. § 1301 are lifted.

3. The Trustee shall disburse to creditors any monies not previously disbursed and file his final report.

4. No further filings by this Debtor or any party claiming an interest by, through, and/or under this Debtor, shall act as a stay against the creditor, the Secretary of Veterans Affairs, from proceeding in rem against the property subject of their security interest and obtaining possession of the subject property for a period of 180 days from the date of this Order.

**DATED** June 6, 2008, at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies to:
Debtor(s)
Christopher R. DeMetros, Debtor's Attorney
Douglas W. Neway, Trustee
U. S. Trustee
All Interested Parties